# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGHT TO LIFE OF CENTRAL CALIFORNIA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROB BONTA,<br><br>        Defendant. | Case No.  1: 21-cv-01512-DAD-SAB<br><br>ORDER GRANTING DENISE M. HARLE'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 3) |

    The court has read and considered the application of Denise M. Harle, attorney for Plaintiff Right to Life of Central California, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District.  (ECF No. 3.)  Having reviewed the application, Denise M. Harle's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **October 14, 2021**

UNITED STATES MAGISTRATE JUDGE

1