Kevin H. Theriot* (AZ Bar No. 030446)
ktheriot@ADFlegal.org
ALLIANCE DEFENDING FREEDOM
15100 N. 90th St.
Scottsdale, Arizona 85260
480-444-0020
480-444-0028 Fax

Denise M. Harle* (GA Bar No. 176758)
dharle@ADFlegal.org
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road NE, Suite D-1100
Lawrenceville, Georgia 30043
770-339-0774
770-339-6744 Fax

Christiana M. Kiefer (CA Bar No. 277427)
ckiefer@ADFlegal.org
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
202-393-8690
202-347-3622 Fax

*Attorneys for Plaintiff*
*Right to Life of Central California*

*Admitted *pro hac vice*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RIGHT TO LIFE OF CENTRAL CALIFORNIA,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA**, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No. 1:21-cv-01512-ADA-SAB<br><br>**JOINT NOTICE OF MOTION AND MOTION TO EXTEND DISCOVERY DEADLINES**<br><br>Courtroom 9<br><br>Magistrate Judge: Honorable Stanley A. Boone<br><br>Action filed: October 13, 2021 |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT on June 12, 2023, before the Honorable Stanley A. Boone in Courtroom 9 of the United States District Court for the Eastern District of California, Fresno Division, located at 2500 Tulare Street in Fresno, California, Plaintiff Right to Life of Central California and Defendants Rob Bonta jointly will, and do in the included motion, move this Court for a 30-day extension of time to complete discovery.

Plaintiff Right to Life of Central California and Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, by and through their undersigned counsel, and pursuant to Local Rule 144 and Rule 6 of the Federal Rules of Civil Procedure, respectfully move the Court for a 30-day extension of time of the deadlines to complete discovery. In support of this Motion, parties show the following:

1. This is the first request for an extension of the discovery deadline.
2. Currently, non-expert discovery must be completed on or before June 27, 2023 and expert testimony by July 11, 2023.
3. In March 2023, a district court in another case challenging the same statute at issue in this case, *Aubin v. Bonta* (No. 21-cv-07938), ruled on cross-motions for summary judgment and entered its final judgment. In light of the ruling in *Aubin*, the Parties in this matter entered into discussions towards a resolution of this case as well.
4. The Parties have now reached an agreement in principle for resolution of this case. Finalizing the agreement and preparing the papers to file with the Court will not be completed before June 27, 2023.
5. A discovery extension will allow the necessary time to obtain approval from all parties and finally resolve the matter and to economize on the Parties' and the Court's resources.
6. In the unlikely event that efforts to resolve the case do not ultimately succeed, the Parties will complete non-expert discovery by July 27, 2023 and expert discovery by August 10, 2023.
7. The parties are not making this motion for the purpose of delay, and no party will be prejudiced if the Court grants this motion.

Respectfully submitted this 12th day of June, 2023.

By: */s/ Kristin A. Liska*
 ROB BONTA
 ATTORNEY GENERAL OF CALIFORNIA
 ANYA BINSACCA
 Supervising Deputy Attorney General

 KRISTIN A. LISKA
 Deputy Attorney General
 455 Golden Gate Avenue
 Suite 11000
 San Francisco, CA 94102-7004
 (415) 510-3916
 (415) 703-5480 Fax
 Kristin.Liska@doj.ca.gov

 *Attorneys for Defendant*
 *Attorney General Rob Bonta*

By: */s/ Kevin Theriot\**
 KEVIN H. THERIOT*
 ktheriot@ADFlegal.org
 Arizona Bar No. 030446
 ALLIANCE DEFENDING FREEDOM
 15100 N. 90th St.
 Scottsdale, Arizona 85260
 480-444-0020
 480-444-0028 Fax

 DENISE M. HARLE*
 dharle@ADFlegal.org
 Georgia Bar No.176758
 ALLIANCE DEFENDING FREEDOM
 1000 Hurricane Shoals Road NE,
 Suite D-1100
 Lawrenceville, Georgia 30043
 (770) 339-0774
 (770) 339-6744 Fax

 CHRISTIANA KIEFER
 ckiefer@ADFlegal.org
 California Bar No. 277427
 ALLIANCE DEFENDING FREEDOM
 440 First Street NW, Suite 600
 Washington, DC 20001
 202-393-8690
 202-347-3622 Fax

 *Attorneys for Plaintiff Right to Life*
 *of Central California*

 *\*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify than on this 12th day of June, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<u>s/Kevin H. Theriot</u><br>
Kevin H. Theriot

*Attorney for Plaintiff*