# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGHT TO LIFE OF CENTRAL CALIFORNIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROB BONTA,<br><br>　　　　　Defendant. | Case No. 1:21-cv-01512-ADA-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>ORDER VACATING JULY 19, 2023 HEARING<br><br>(ECF Nos. 38, 39) |

A scheduling order for this matter issued on October 11, 2022. (ECF No. 38.) On June 12, 2023, Plaintiff, joined by Defendant, filed a joint motion to extend the discovery deadlines, setting the motion for hearing on July 19, 2023, in Courtroom 9. (ECF No. 39.) The parties explain that they seek to extend certain discovery deadlines by thirty (30) days because in a similar matter, a court ruled on a motion for summary judgment, and the parties here are now engaging in settlement negotiations, and have reached an agreement in principle. Given the finalization of the settlement agreement will not occur before the nonexpert discovery deadline, the parties agreed to extend the discovery deadlines in case the matter does not ultimately settle. Although the Court typically vacates all pending matters upon submission of a notice of settlement, given the tenor of the motion, the Court finds the parties' request is reasonable to ensure this matter stays on schedule in the event the settlement does not finalize.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 39) is GRANTED;
2. The nonexpert discovery deadline is extended until July 27, 2023;
3. The expert discovery deadline is extended until August 10, 2023; and
4. The hearing set for July 19, 2023, in Courtroom 9 (ECF No. 39), is VACATED.

IT IS SO ORDERED.

Dated: **June 12, 2023**

UNITED STATES MAGISTRATE JUDGE