IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RIGHT TO LIFE OF CENTRAL CALIFORNIA,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>Defendant. | Case No. 1:21-cv-01512-ADA-SAB<br><br>**[PROPOSED] ORDER REGARDING PERMANENT INJUNCTION**<br><br>Judge:  The Honorable Ana I. de Alba<br><br>Action Filed:  10/13/2021 |

The Court has received, read, and considered the stipulation in this case filed by Plaintiff Right to Life of Central California and Defendant Rob Bonta, Attorney General of the State of California, sued in his official capacity.  For good cause shown:

It is hereby **ORDERED** that Defendant Rob Bonta, Attorney General of California, and the officers, agents, servants, and employees of the Attorney General, and any person acting in concert with the Attorney General, are hereby restrained and enjoined from enforcing the prohibition on "harassing," defined in California Penal Code § 594.39 as "knowingly approaching, without consent, within 30 feet of another person or occupied vehicle for the purpose of passing a leaflet or handbill to, displaying a sign to, or engaging in oral protest, education, or counseling with, that other person in a public way or on a sidewalk area," as applied to Plaintiff Right to Life of Central California and facially as to any speaker;

It is further **ORDERED** that this action is dismissed with prejudice;

It is further **ORDERED** that this Court shall retain jurisdiction over this action for purposes of implementing and enforcing the final judgment; and

It is further **ORDERED** that Plaintiff shall be awarded $192,706 in reasonable attorneys' fees and expenses.

It is so **ORDERED**.

Dated:  August __, 2023

_____
Honorable Ana I. de Alba
United States District Judge