UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGHT TO LIFE OF CENTRAL CALIFORNIA,<br><br>   Plaintiff,<br><br>   v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>   Defendant. | No. 1:21-cv-01512-ADA-SAB<br><br>ORDER GRANTING PARTIES' STIPULATION TO ENTER FINAL JUDGMENT AND DISMISS THIS ACTION<br><br>(ECF No. 43) |

On August 31, 2023, Plaintiff Right to Life of Central California and Defendant Rob Bonta, Attorney General of the State of California, sued in his official capacity, filed a stipulation requesting the Court to enter judgment in favor of Plaintiff, to enter a permanent injunction pursuant to Federal Rule of Civil Procedure 65, and to dismiss this action. (*See* ECF No. 43.) After review of the stipulation and for good cause shown, the Court GRANTS the Parties' stipulation.

Accordingly,

1. It is hereby ORDERED that Defendant Rob Bonta, Attorney General of California, and the officers, agents, servants, and employees of the Attorney General, and any person acting in concert with the Attorney General, are hereby restrained and enjoined from enforcing the prohibition on "harassing," defined in California Penal Code § 594.39 as "knowingly approaching, without consent, within 30 feet of

1

   another person or occupied vehicle for the purpose of passing a leaflet or handbill to, displaying a sign to, or engaging in oral protest, education, or counseling with, that other person in a public way or on a sidewalk area," as applied to Plaintiff Right to Life of Central California and facially as to any speaker;

2. It is further ORDERED that this action is DISMISSED with prejudice;

3. It is further ORDERED that this Court shall retain jurisdiction over this action for purposes of implementing and enforcing the final judgment; and

4. It is further ORDERED that Plaintiff shall be awarded $192,706 in reasonable attorneys' fees and expenses.

IT IS SO ORDERED.

   Dated:   September 4, 2023

   _____
   UNITED STATES DISTRICT JUDGE